Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT VAN NESS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [930 NYS2d 505]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOLANDA WILLIAMS, Appellant. [930 NYS2d 510]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOLANDA WILLIAMS, Appellant. [930 NYS2d 510]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.